IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WIZKIDS CREATIONS CO., : | |
|           Plaintiff, : | |
| : | CIVIL ACTION No. 02-CV-4358 |
| v. : | |
| : | |
| C.B.S. INC. and : | |
| COLUMBIA BROADCASTING : | |
| SERVICES, INC., : | |
|           Defendants. : | |

## **ORDER**

AND NOW, this ____ day of _____, 2002, it is hereby ORDERED that the Motion of defendant Columbia Broadcasting Services, Inc. for an extension of time until September 25, 2002 to answer, move or otherwise respond to Plaintiff's Complaint is hereby GRANTED.

_____
Brody, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WIZKIDS CREATIONS CO., | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION No. 02-CV-4358 |
|   v. | : | |
| | : | |
| C.B.S. INC. and | : | |
| COLUMBIA BROADCASTING | : | |
| SERVICES, INC., | : | |
|     Defendants. | : | |

**MOTION OF DEFENDANT
COLUMBIA BROADCASTING SERVICES, INC.
FOR AN EXTENSION OF TIME TO
<u>ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT</u>**.

  Defendant Columbia Broadcasting Services, Inc. ("Columbia"), by its undersigned counsel, hereby requests an extension of time to respond to Plaintiff's Complaint and states the following in support thereof:

  1.  Columbia was served with Plaintiff's pro se Complaint on August 6, 2002.

  2.  The Complaint appears to raise issues of copyright law, publication of newsworthy material, and the legal identity of corporate entities.

  3.  Columbia intends to file a motion to dismiss the Complaint.

  4.  Columbia's response to the Complaint is currently due on or before August 26, 2002.

5. In light of the relatively complex issues raised by the Complaint, on August 19, 2002, Columbia asked Larry Hackney, who signed the Complaint on behalf of the plaintiff and who refers to himself as its owner, to agree to an extension of thirty (30) days, or until September 25, 2002, for Columbia to file a responsive pleading. Columbia made this request by leaving a telephone message and by delivering a letter and proposed Stipulation to Mr. Hackney's residence.

6. There have been no prior requests for an extension of time.

7. Mr. Hackney did not respond to Columbia's request.

WHEREFORE, Columbia respectfully requests that the Court grant this motion for an extension of time until September 25, 2002 to answer, move or otherwise plead to Plaintiff's Complaint.

Dated: August 21, 2002                                  Respectfully submitted,

                                                        _____
                                                        Gayle Chatilo Sproul
                                                        DECHERT PRICE & RHOADS
                                                        4000 Bell Atlantic Tower
                                                        1717 Arch Street
                                                        Philadelphia, PA 19103

                                                        Attorney for Defendant
                                                        Columbia Broadcasting Services, Inc.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WIZKIDS CREATIONS CO., : | |
|             Plaintiff, : | |
| : | CIVIL ACTION No. 02-CV-4358 |
|       v. : | |
| : | |
| C.B.S. INC. and : | |
| COLUMBIA BROADCASTING : | |
| SERVICES, INC., : | |
|            Defendants. : | |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR EXTENSION OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT**

      Plaintiff WizKids Creations Co. ("WizKids") has filed a pro se Complaint that appears to attempt to allege violations of the Copyright Act by defendants C.B.S., Inc. and Columbia Broadcasting Services, Inc.  The Complaint, which is unclear and difficult to follow, also appears to attempt to make allegations concerning defendant's local television news coverage.  While WizKids is identified as the plaintiff herein, the Complaint is signed by Larry Hackney.

      Defendant Columbia Broadcasting Services, Inc. ("Columbia") was served with a copy of the Complaint on August 6, 2002.  Thus, Columbia's response to the Complaint is due on August 26, 2002.  Columbia believes it has ample grounds to file a motion to dismiss the Complaint and intends to do so.  In light of the potential breadth of plaintiff's allegations,

**784839**.**2.50** 08/28/02 9:05 AM

Columbia asked Mr. Hackney to agree to a 30-day extension of time for it to answer, move or otherwise plead. Mr. Hackney did not respond.

Therefore, Columbia respectfully requests that this Court grant its motion for an extension of time until September 25, 2002 to answer, move or otherwise plead to plaintiff's Complaint.

Dated: August 21, 2002                                  Respectfully submitted,

_____
Gayle Chatilo Sproul
DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Attorney for Defendant
Columbia Broadcasting Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused a copy of the Motion for Extension of Time to Answer, Move or Otherwise Plead and all accompanying documents to be served by hand delivery upon the following:

>WizKids Creations Co.
>c/o Larry Hackney
>5422 Chester Avenue
>Philadelphia, PA   19143

Dated:  August 21, 2002                                              _____

                                                                                        Gayle Chatilo Sproul