# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHIZKIDS CREATIONS CO., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | 02-CV-4358 |
| | : | |
| C.B.S, Inc., and | : | |
| COLUMBIA BROADCASTING | : | |
| SERVICES, Inc., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of August, 2002, it is **ORDERED** that Plaintiff's Motion to Grant Relief with Defendants Out of Time (Docket Entry # 6) is **DENIED**.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:         Copies **MAILED** on _____ to: