IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WIZKIDS CREATIONS CO., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION No. 02-CV-4358 |
| v. | : |
| | : |
| C.B.S. INC. and | : |
| COLUMBIA BROADCASTING | : |
| SERVICES, INC., | : |
| | : |
| Defendants. | : |

## **ORDER**

  AND NOW, this ____ day of _____, 2002, it is hereby ORDERED that Plaintiff's Motion for Relief With Trespass Proven is hereby DENIED.


                  _____
                  Brody, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WIZKIDS CREATIONS CO., : <br> : <br> Plaintiff, : <br> : CIVIL ACTION No. 02-CV-4358 <br> v. : <br> : <br> C.B.S. INC. and : <br> COLUMBIA BROADCASTING : <br> SERVICES, INC., : <br> : <br> Defendants. : | |

### DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S
### MOTION FOR RELIEF WITH TRESPASS PROVEN

Defendant Columbia Broadcasting Services Inc. ("CBS") hereby opposes plaintiff's "Move for Relief with Trespass Proven." The motion is incomprehensible. Defendant maintains that it has not infringed any copyright or committed any trespass and reiterates all of the arguments set forth in its pending motion to dismiss.

Dated: November 27, 2002

Respectfully submitted,

_____
Gayle Chatilo Sproul
DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused a copy of Defendant's Response in Opposition to Plaintiff's Motion for Relief With Trespass Proven to be served by first-class mail upon the plaintiff pro se as follows:

> WizKids Creations Co.
> c/o Larry Hackney
> 5422 Chester Avenue
> Philadelphia, PA   19143

Dated:  November 27, 2002                              _____

                                                                                Gayle Chatilo Sproul